November 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF D.J.H., A Child

NO. 14-15-00932-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on September 1, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.